```
                                             CLERK'S OFFICE U.S. DIST. COURT
                                                   AT ROANOKE, VA
                                                        FILED

                                                   MAY 19 2006
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

JOHN F. CORCORAN, CLERK
BY: _____
    DEPUTY CLERK

| | |
|---|---|
| CLEON ELROY DILLARD, | |
| Plaintiff, | Civil Action No. 7:06-cv-00299 |
| v. | FINAL ORDER |
| HELEN FAHERY, CHAIRMAN, et. al., | By: Hon. James C. Turk |
| Defendant(s). | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 19th day of May, 2006.

_____
Senior United States District Judge