CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 19 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLEON ELROY DILLARD,      )
    Plaintiff,      )    Civil Action No. 7:06-cv-00299
       )
v.      )      **FINAL ORDER**
       )
HELEN FAHERY, CHAIRMAN, et. al.,  )   By: Hon. James C. Turk
    Defendant(s).      )   Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C.

§1915A(b)(1), and stricken from the active docket of the court.

    The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to plaintiff and to counsel of record for the defendants.

    ENTER: This 19th day of May, 2006.

James C. Turk
Senior United States District Judge